# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

| | |
|---|---|
| DREAMSTYLE REMODELING, INC., a New Mexico corporation; DREAMSTYLE REMODELING OF IDAHO, LLC, an Idaho Limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RENEWAL BY ANDERSEN, LLC, a Minnesota limited liability company, RENEWAL BY ANDERSEN CORPORATION, a Minnesota Corporation, ANDERSEN CORPORATION, a Minnesota corporation<br><br>Defendants. | Case No. 1:19-cv-01086-KG-JFR<br><br><br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

It is hereby stipulated and agreed by the parties that this action, including all claims and defenses asserted by all parties, may be dismissed without prejudice and without the award of costs, fees, or any other amount to any party.

Stipulated and agreed to by:

Date:  October 22, 2020  **GUY W. BLUFF P.C.**
 **dba BLUFF & ASSOCIATES**

By:  *Approved via email 10/21/2020*_____
    Guy W. Bluff (Ariz. # 010778)
    (admitted *pro hac vice*)

guywbluff@gmail.com
4205 N. 7th Ave., Suite 201
Phoenix, AZ  85013-3079
Telephone:  (602) 885-6007

**ATTORNEY FOR PLAINTIFFS**

1

**PEIFER, HANSON, MULLINS & BAKER, P.A.**

By: */s/Elizabeth K. Radosevich*
     Elizabeth K. Radosevich
Post Office Box 25245
Albuquerque, NM  87125-5245
Tel:    505-247-4800
Email: eradosevich@peiferlaw.com

and

Gary Hansen (pro hac vice)
Aaron Mills Scott (pro hac vice)
FOX ROTHSCHILD LLP
222 South Ninth Street
Suite 2000
Minneapolis, MN  55402
Telephone:  (612) 607-7000
Email:ghansen@foxrothschild.com
     ascott@foxrothschild.com


**ATTORNEY FOR RENEWAL BY ANDERSEN, LLC, RENEWAL BY ANDERSEN CORPORATION AND ANDERSEN CORPORATION**

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of October 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Guy W Bluff
Bluff & Associates, P.C.
844 North Fourth Avenue
Phoenix, AZ 85003- 1314
Phone: 602-452-2000
E-Fax: 623-748-5429


PEIFER, HANSON, MULLINS & BAKER, P.A.

By:   */s/Elizabeth K. Radosevich*
        Elizabeth K. Radosevich