IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DREAMSTYLE REMODELING, INC., a
New Mexico corporation; DREAMSTYLE
REMODELING OF IDAHO, LLC, an Idaho
Limited liability company,

      Plaintiffs,

v.                                         Case No. 1:19-cv-01086-KG-JFR

RENEWAL BY ANDERSEN, LLC, a
Minnesota limited liability company,
RENEWAL BY ANDERSEN
CORPORATION, a Minnesota Corporation,
ANDERSEN CORPORATION, a
Minnesota corporation,

      Defendants.

## ORDER APPROVING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

The parties hereby stipulate and agreed that this action, including all claims and defenses asserted by all parties, are dismissed without prejudice and without the award of costs, fees, or any other amount to any party.

IT IS HEREBY ORDERED:

The parties' Stipulation for Dismissal Without Prejudice (Doc. 42) is GRANTED.

_____
UNITED STATES DISTRICT JUDGE